FILED
JAN 31 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. |
| v. ) | |
| ) | **4:19CR00087 CDP/NAB** |
| ABAYOMI JAMIL MARTIN, ) | |
| a/k/a Yomi Martin, ) | |
| ) | |
| Defendant. ) | |

### INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### WIRE FRAUD

A. INTRODUCTION

At all times relevant to the Indictment:

1. The defendant, **ABAYOMI JAMIL MARTIN, a/k/a Yomi Martin** (hereinafter referred to as "**MARTIN**"), resides at 1057 Wyndgate Ridge Drive in Lake St. Louis, Missouri. **MARTIN** registered Nuco Group Holdings LLC (hereinafter referred to as "Nuco"), a New York limited liability company, and Think B.I.G. Holdings, LLC (hereinafter referred to as "Think B.I.G."), a Missouri limited liability company.

2. Famous Nobodys, Inc. (hereinafter "Famous Nobodys") was incorporated in Georgia during January, 2016. C.V. is the sole owner and operator of Famous Nobodys, which designs, manufactures, and distributes clothing and apparel.

3. B.C. is a player with the Baltimore Ravens of the National Football League, and previously played for the Dallas Cowboys. During 2016, B.C. was introduced to defendant

**MARTIN** by B.C.'s business manager for purposes of discussing a possible investment by B.C. in Nuco and, specifically, Famous Nobodys.

B. SCHEME TO DEFRAUD

4. Beginning in or about early 2016, and continuing through in or about May, 2017, both dates being approximate and inclusive, in the Eastern District of Missouri and elsewhere, defendant,

**ABAYOMI JAMIL MARTIN, a/k/a Yomi Martin,**

devised, intended to devise, and knowingly participated in a scheme to defraud and obtain money from B.C., in an approximate amount of $250,000, by means of materially false and fraudulent pretenses, representations, and promises.

5. It was a part of the scheme that, on one and more occasions, **MARTIN** falsely represented to B.C. and B.C.'s business representative that **MARTIN** was a part owner of Famous Nobodys when, in fact, C.V. was the sole owner of Famous Nobodys, and **MARTIN** never owned any interest in Famous Nobodys.

6. It was a further part of the scheme that, on one and more occasions, **MARTIN** provided financial documents, including income statements purportedly for Nuco, and operating budgets purportedly for Famous Nobodys, to B.C. and B.C.'s business manager which reflected the projected performance of Nuco in the coming years in order to induce B.C. to invest in Famous Nobodys through Nuco. **MARTIN** falsely represented that Nuco was to be the entity which would operate Famous Nobodys.

7. It was a further part of the scheme that, on or about August 27, 2016, **MARTIN** flew to Dallas, Texas in order to meet with B.C. and B.C.'s business manager. During that meeting, **MARTIN** presented B.C. with a document entitled "Operating Agreement of Nuco

2

Group Holdings, LLC," which document falsely represented that B.C., through his charitable organization [B.C.] Enterprises, would have a 17.5% ownership interest in Nuco, that Famous Nobodys would have a 72.5% ownership interest in Nuco, and that **MARTIN's** Think B.I.G. would have a 10% ownership interest in Nuco. **MARTIN** falsely represented that Nuco's purpose would be to own a portion of and assist in the operation of Famous Nobodys. Based upon **MARTIN's** false representations, B.C. signed the operating agreement and agreed to provide **MARTIN** with $250,000 as his investment in Nuco for the purpose of owning as an equity holder and operating Famous Nobodys. Unbeknownst to B.C., C.V., the true owner of Famous Nobodys, never saw nor knew about this purported operating agreement, never agreed to allow Nuco to own or operate Famous Nobodys, and never agreed to turn over any ownership interest in Famous Nobodys to **MARTIN**, Think B.I.G., Nuco, or B.C.

8.  As a further part of the scheme, at **MARTIN's** direction, on or about September 12, 2016, B.C. wired $250,000 to **MARTIN's** Think B.I.G. bank account based upon **MARTIN's** false representation that the funds would be invested in Famous Nobodys. None of B.C.'s funds were, in fact, provided by **MARTIN** to C.V. or to Famous Nobodys. Instead, as part of the scheme, **MARTIN** used B.C.'s funds primarily for his own personal expenses, including cash withdrawals and credit card payments. **MARTIN** also used a portion of B.C.'s funds to pay for the expenses and training costs of several professional boxers, all without B.C.'s knowledge and authority.

9.  As part of the scheme, and in order to lull B.C. into believing that his funds had been used to purchase an interest in Famous Nobodys through Nuco, **MARTIN** provided B.C. and B.C.'s business manager with one and more updates which falsely represented that Famous Nobodys was doing well, and that B.C.'s purported investment was secure. For example, during

3

October, 2016, **MARTIN** falsely represented via text message that, "…theres plenty going on…Im speaking of a new collection for holiday launch the online never stopped weve been doing everything in house im preparing for a transition for a larger scale..So when I said samples im speaking of cut and sew items like hoodies coats n joggers.   New line will also go into stores for holiday T shirts aren't enough."   None of what **MARTIN** communicated in the text message was true.

C.  THE WIRE

10.   On or about September 12, 2016, within the Eastern District of Missouri and elsewhere, for the purpose of executing the above-described scheme to defraud and to obtain money and property by means of false and fraudulent pretenses, and representations, the defendant,

**ABAYOMI JAMIL MARTIN, a/k/a Yomi Martin,**

did knowingly cause to be transmitted by means of wire communication in and affecting interstate commerce, certain writings, signs, and signals, including the wire of $250,000 from a Capital One Bank account in the name of [B.C.] Enterprises, LLC from a Capital One Bank branch located in Frisco, Texas to a Bank of America account in the name of **MARTIN's** Think B.I.G. Holdings, LLC located in the Eastern District of Missouri, said funds then being used by defendant for his own personal use unrelated to Nuco or Famous Nobodys.

In violation of Title 18, United States Code, Section 1343.

A TRUE BILL.

FOREPERSON

JEFFREY B. JENSEN
United States Attorney

HAL GOLDSMITH, 62501
Assistant United States Attorney

4