UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) NO. 4:19 CR 0087 CDP |
| ABAYOMI MARTIN, | ) |
| Defendant. | ) |

**GOVERNMENT'S MOTION TO CONTINUE TRIAL**

Comes now the United States of America, by and through Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Hal Goldsmith, Assistant United States Attorney for said District and, for its Motion to Continue Trial, states to this Honorable Court as follows:

1.  Trial in this case is currently scheduled to begin on January 13, 2020. The government has previously estimated that trial in this case will last 3 to 4 days, and that is still the government's best estimate.

2.  As the government advised this Court at the last Status Hearing, the victim in this case, B.C., is a professional football player and currently the starting cornerback for the Baltimore Ravens football team. B.C. is second in the list of active leaders as far as consecutive regular season starts, with 189. Needless to say, B.C. is an integral part of the Ravens football team. Of course, B.C. is an essential witness for the government in the instant case, as is his business agent. The Baltimore Ravens, having won last night and with a 12 – 2 record, have clinched the AFC North Division, and have a strong possibility of clinching a first-round bye in the AFC playoffs, depending on what happens during the next two Sundays. It is very likely that

1

the Ravens will have playoff games scheduled on the weekend of January 11, 2020, and on Sunday, January 19, 2020.  Super Bowl LIV is scheduled for Sunday, February 2, 2020.

      3.      With the NFL playoff schedule shaping up the way it is, it is very possible that B.C. will be involved in games and training during the period currently scheduled for trial, and throughout January and into the first weekend of February, 2020.  The government did not want to wait to file the instant motion, and felt it appropriate to alert the Court to this situation now, and to request a continuance of the currently scheduled trial to remove any need to file a last minute request.

      4.      Defendant, through attorney James Miller, consents to a continuance of the trial in this case from January 13, 2020, and has no objection to the Court granting this motion.  The government submits that this instant motion is not to cause undue delay in this case, but to insure that essential witnesses and the victim are able to appear at trial in order for the jury to hear all of the underlying facts and render its decision based upon a complete record.  The government further submits that the ends of justice require such a continuance under the current circumstances

      5.      Defense counsel James Miller provided the following exclusionary dates for a rescheduled trial:

Exclusion Dates
- 2-17-20 (week): juvenile trial in St. Louis County  2-20 – 2-21
- 2-24-20 (week): jury trial in Jefferson County 2-24 – 2-26
- 3-2-20 (week): jury trial in St. Charles County 3-3 – 3-5
- 3-23-20 (week): jury trial in St. Louis City 3-23 – 3-27

Available Dates
- 3-9-20 – available the entire week
- 3-16-20 – available the entire week
- 4-20-20 – available the entire week

- 4-27-20 – available the entire week
- 5-4-20 – available the entire week

6. The government is unavailable for trial during the period March 25, 2020 through and including April 6, 2020, but otherwise available.

WHEREFORE, the United States of America prays that this Honorable Court grant the government's Motion to Continue Trial, and for such other relief as this Court deems appropriate and just under the circumstances.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*s/Hal Goldsmith*
HAL GOLDSMITH #62501
Assistant United States Attorney
111 S. 10th Street, Room 20.331
St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2019, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the counsel for defendant.

/s/ Hal Goldsmith
HAL GOLDSMITH
Assistant United States Attorney

3